Decision *Per Curiam.*

---

Indian River State Bank, Plaintiff in Error, v. Liverpool and London and Globe Insurance Company, Defendant in Error. (No. 1.)

### Division A.

Writ of error to Circuit Court, Brevard county; Rhydon M. Call, Judge.

Robbins & Graham and Geo. P. Raney for plaintiff in error.

A. W. Cockrell & Son for defendant in error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. Judgment reversed on the authority of Indian River State Bank v. Hartford Fire Insurance Company, *ante,* p. 283.

Decision *Per Curiam.*